IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02061-BNB

RAYFEAL R. NUNN,

    Applicant,

v.

HOYT BRILL (Warden of CCA), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 5 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Applicant, Rayfeal R. Nunn, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. He initiated this action by submitting *pro se* a letter to the Court, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

In an order filed on September 25, 2008, Magistrate Boyd N. Boland ordered Mr. Nunn to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Nunn was directed to submit on the proper, Court-approved form an amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. He also was directed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing.

On October 7, 2008, in response to the September 25, 2008, order to cure, Mr. Nunn submitted an amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a copy of his trust fund account statement for the six-month period immediately proceeding this filing. However, the account statement he submitted is not certified by the appropriate prison official.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action also notes this requirement. The September 25, 2008, order warned Mr. Nunn that if he failed to cure the designated deficiencies within the time allowed, the application and the action would be dismissed without further notice. Accordingly, it is

ORDERED that the amended habeas corpus application is denied and the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 4 day of Nov, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02061-BNB

Rayfeal R. Nunn
Prisoner No. 92789
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/5/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk